UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Robert Ahrendt
        Plaintiff,

v.                 Case No.: 1:17−cv−08418
                Honorable John Robert Blakey

Condocerts.com, Inc.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 16, 2020:

  MINUTE entry before the Honorable John Robert Blakey: For the reasons explained in the accompanying order, this Court grants Plaintiff's request to voluntarily dismiss this case without prejudice [62] under Fed. R. Civ. P. 41(a)(2). This case is hereby dismissed without prejudice. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.